# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Morgan Drexen, Inc. & K. A. Pisinski

**v.** Consumer Financial Protection Bureau

**Case No:** 13-5342

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

○ Appellant(s)/Petitioner(s)   ◉ Appellee(s)/Respondent(s)   ○ Intervenor(s)   ○ Amicus Curiae

Consumer Financial Protection Bureau

Names of Parties                                    Names of Parties

### Counsel Information

**Lead Counsel:** David M. Gossett

**Direct Phone:** (202) 435-7237  **Fax:** (202) 435-7080  **Email:** david.gossett@cfpb.gov

**2nd Counsel:**

**Direct Phone:** ( )  -   **Fax:** ( )  -   **Email:**

**3rd Counsel:**

**Direct Phone:** ( )  -   **Fax:** ( )  -   **Email:**

**Firm Name:** Consumer Financial Protection Bureau

**Firm Address:** 1700 G. St., NW Washington D.C. 20552

**Firm Phone:** ( )  -   **Fax:** ( )  -   **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)