[ORAL ARGUMENT NOT SCHEDULED]

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| **MORGAN DREXEN, INC.** and **KIMBERLY A. PISINSKI,** | ) ) ) | |
| *Appellants,* | ) ) | |
| v. | ) ) | No. 13-5342 |
| **CONSUMER FINANCIAL PROTECTION BUREAU,** | ) ) ) ) | |
| *Appellee* | ) ) | |

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

The following information is provided pursuant to the Court's order of November 21, 2013, and D.C. Circuit Rule 28(a)(1).

### A.   PARTIES AND AMICI

<u>APPELLANTS</u>

Morgan Drexen, Inc., and Kimberly A. Pisinski were Plaintiffs in the district court and are Appellants in this Court.

<u>APPELLEE</u>

Consumer Financial Protection Bureau was the Defendant in the district court and is Appellee in this Court.

AMICI

There were no amici in the district court.

**B.   RULING UNDER REVIEW**

The ruling under review is the district court's October 17, 2013 order, Civil Action No. 13-01112 (CKK), denying Appellant's Motion for Summary Judgment, Motion for a Temporary Restraining Order, and Motion for a Preliminary Injunction, and granting Appellee's Motion to Dismiss, or in the alternative, for Summary Judgment.

**C.   RELATED CASES**

This matter has not previously been before this Court. A related case pending in the United States District Court for the Central District of California is *Consumer Financial Protection Bureau v. Morgan Drexen, Inc., and Walter Ledda*, Case No. SACV13-01267 JLS (JEMx).

A separate case challenging the constitutionality of the Consumer Financial Protection Bureau brought by State of National Bank of Big Spring *et al.* is also substantially related and was dismissed on August 1, 2013 by Judge Huvelle in the district court (Civil Action No. 12-1032 (ESH). That case is currently on appeal in this Court (Nos. 13-5247 and 13-5248).

| | |
|---|---|
| Dated: December 23, 2013 | Respectfully submitted,<br><br>VENABLE LLP<br><br><u>/s/ David D. Conway</u><br>David D. Conway<br>575 7th Street, NW<br>Washington, DC 20004<br>202.344.4489 (T)<br>202.344.8300 (F)<br>DDConway@Venable.com<br><br>*Randall K. Miller<br>*Nicholas M. DePalma<br>8010 Towers Crescent Drive, Suite 300<br>Tysons Corner, VA 22182<br>(703) 905-1449<br>(703) 821-8949 (facsimile)<br>RKMiller@venable.com<br>NMDepalma@venable.com<br><br>**subject to admission*<br><br>*Counsel for Appellants* |

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2013, I filed the foregoing through the Appellate CM/ECF system. Service will be accomplished by the Appellate CM/ECF system.

                                          /s/ David D. Conway
                                          David D. Conway