# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Morgan Drexen, Inc. and Kimberly A. Pisir

v.

Consumer Financial Protection Bureau

**Case No:** 13-5342

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

(●) Appellant(s)/Petitioner(s)    ( ) Appellee(s)/Respondent(s)    ( ) Intervenor(s)    ( ) Amicus Curiae

Morgan Drexen, Inc.

Kimberly A. Pisinski

Names of Parties                                            Names of Parties

### Counsel Information

**Lead Counsel:** Randall K. Miller

Direct Phone: (703) 905-1449    Fax: (703) 821-8949    Email: rkmiller@venable.com

**2nd Counsel:** Nicholas M. DePalma

Direct Phone: (703) 905-1455    Fax: (703) 821-8949    Email: nmdepalma@venable.com

**3rd Counsel:**

Direct Phone: (   )    -        Fax: (   )    -        Email:

**Firm Name:** Venable LLP

**Firm Address:** 8010 Towers Crescent Drive, Suite 300, Tysons Corner, VA 22182

**Firm Phone:** (703) 760-1600    Fax: (703) 821-8949    Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)